ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
RAYNETTE LOGAN
Assistant U.S. Attorney
Arizona State Bar No. 016695
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Raynette.Logan@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Mary Alice Reed, <br><br> Defendant. | No.  CR-18-00310-PHX-DJH <br><br> **INFORMATION TO ESTABLISH PRIOR CONVICTION PURSUANT TO 21 U.S.C. § 851** |

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to 21 U.S.C. § 851(a)(1), files this information to establish the prior felony drug conviction of defendant Mary Alice Reed. Accordingly, the United States hereby notifies the Court and the defendant of the following:

1. On or about September 20, 2010, the defendant was convicted of a felony drug crime in violation of Title 21, United States Code, Section 841(a)(1) (Possession with Intent to Distribute Five Grams or More of Methamphetamine) in the United States District Court, District of Arizona, in Case No. CR 09-01276-002-PHX-DGC (*see* **Attachment A**; *see also* Discovery Bates Stamp #s 00006-00009).

Because of this prior felony drug conviction, the enhanced penalty provision of 21 U.S.C. §§ 841(b)(1)(B) and the applicable maximum penalty for the charge against defendant are as follows:

Count 1: A mandatory term of 10 years' imprisonment and up to life imprisonment, a fine of $8,000,000.00, or both, a term of supervised release of at least eight (8) years and

up to life, and a mandatory special assessment of $100, which would be due at sentencing.

Respectfully submitted this 12th day of March, 2018.

ELIZABETH A. STRANGE
First Assistant States Attorney
District of Arizona

 s/Raynette M. Logan
RAYNETTE M. LOGAN
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of March, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Philip Seplow
*Counsel for Defendant*

*s/ Rebecca Clarke Robinaugh*
U.S. Attorney's Office